# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|    Plaintiff, | ) | |
| | ) | |
| V. | ) | No. 4:20-CV-01352 JM |
| | ) | |
| | ) | |
| ANGELO ROOFING, LLC | ) | |
|    Defendant. | ) | |

## ORDER DISMISSING COMPLAINT

The parties have moved to dismiss the Complaint with prejudice in this Action pursuant to Rule 41(a)((1)(A)(ii) of the Federal Rules of Civil Procedure.  Having considered this matter, it is hereby ORDERED:

1.  The Complaint is hereby dismissed with prejudice.

2.  Each party shall bear its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED this 8th day of September, 2021.

_____
United States District Judge